

**STEWART**
—— Law Firm PLLC ——
133-40 Hook Creek Blvd., Rosedale, NY 11422
Tel: (718) 527-9862  Fax: (718)527-7624
www.stewartfirm.com

From the Desk Of

**Nadira S. Stewart, Partner**
NSStewart@StewartFirm.com

June 10, 2020

***By Electronic Case Filing***
Honorable Philip M. Halpern
U.S. District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> The Court construes Plaintiff's letter as a request for an extension of time to file an Amended Complaint. Plaintiff shall file an Amended Complaint on or before July 10, 2020. The Court denies, at this time, Plaintiff's request that the Court schedule a conference.
>
> **SO ORDERED.**
>
> Dated: New York, NY
> June 11, 2020
>
> _____
> Philip M. Halpern, U.S.D.J.

Re:  **Blamah v. State of New York et. al**
      **Index No.: 19-cv-9234 (PMH)**

Dear Judge Halpern:

As the Court is aware, this Firm represents Plaintiff Tenneh Blamah in the above-referenced matter.  We write to request a second extension of time to amend Plaintiff's complaint.

We request a telephone conference due to the unique circumstances. Pursuant to the Court's endorsed Order, dated May 11, 2020, Plaintiff had been granted an extension of time to amend her complaint from May 11, 2020 to June 10, 2020 due to issues related to the ongoing COVID-19 pandemic. At the time, we also had issues communicating with Plaintiff, which we later attributed to the unique work conditions as Ms. Blamah did contact us several days later. However, we are concerned as Ms. Blamah has not responded to our recent attempts to communicate or to update us on her activities and we intend to make a physical trip to confirm that she has not been seriously impacted by either the pandemic or the protests. We are concerned as we have had several clients disappear during this time period and Ms. Blamah has been responsive in the past.

Consequently, we request a brief extension to Plaintiff's deadline to amend the pleadings and/or to provide a status report of and. Blamah's absence. We also request a telephone conference to discuss these concerns as we have no precedent for how to proceed. Defense counsel, Elyce Matthews, Esq., consents to said request but has advised that they need a definitive deadline as Ms. Blamah is the Plaintiff in this action. Counsels for both parties are available for a telephone conference on Mondays and Wednesdays.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Nadira S. Stewart*

Nadira S. Stewart

cc:     all appearing parties via ECF
         Tenneh Blamah (by email and certified mail)