UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

TENNEH BLAMAH,

                         Plaintiff,

v.                                          **ORDER**

STATE OF NEW YORK, NEW YORK        19-cv-09234 (PMH)
OFFICE OF THE STATE COMPTROLLER
and THOMAS P. DINAPOLI,

                        Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      By letter dated July 24, 2020, Plaintiff requested a stay of this action pending the outcome of a related Article 78 proceeding. Plaintiff's request for a stay is denied. Additionally, Defendants' request for an extension of time to answer or move is granted. Defendants shall answer or move by September 14, 2020.

      Separately, counsel for Plaintiff and counsel for Defendants shall each file, by September 14, 2020, a letter addressing the content of Plaintiff's Amended Complaint in light of the Court's Memorandum Opinion and Order dated April 8, 2020.

      The Clerk is respectfully requested to terminate ECF Nos. 38 and 39.

                                                          **SO ORDERED:**

Dated:  New York, New York
           July 27, 2020

                                                   Philip M. Halpern
                                                   United States District Judge